IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MORIN,

    Plaintiff

v                                        Civil C-1-02-143

GREGORY,

    Defendant

**ORDER**

Parties are advised that Trial in the above styled case is RESCHEDULED to the February 2004 trial term. Counsel shall file their Joint Pretrial Order on or before January 9, 2004.

**IT IS SO ORDERED.**

                                                            _____s/Herman J. Weber_____
                                                             **Herman J. Weber, Senior Judge**
                                                              **United States District Court**