IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MORIN,

        Plaintiff

v                                       Civil C-1-02-143

GREGORY,

        Defendant.

### ORDER

Parties are advised that the Trial in the above styled case is RESCHEDULED to the June 2004 trial term. Counsel shall file their Joint Pretrial Order on or before May 5, 2004.

**IT IS SO ORDERED.**

                                    **s/Herman J. Weber**
                                Herman J. Weber, Senior Judge
                                United States District Court

*Rev.5/01*