**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**PAUL MORIN,**

    **Plaintiff,**

-vs-                                                        Case No.  C-1-02-243

**SHAWN GREGORY, et al,**

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Court hereby Grants defendants' motions for summary judgment (#32 & #36). This case is Dismissed and is Terminated on the docket of this Court at plaintiff's cost.


Date:   March 4, 2004                                      JAMES BONINI., CLERK

                                                                         By:s/   Darlene Maury
                                                                          Darlene Maury, Deputy Clerk