

FILED
JAMES BONINI
CLERK

04 MAR 19 AM 10: 16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PAUL MORIN,** | :: | Case No. C-1-02-0143 |
| Plaintiff, | :: | Honorable Judge Herman Weber |
| -vs- | :: | **NOTICE OF APPEAL** |
| **SHAWN GREGORY, et al.** | :: | |
| Defendants. | :: | |
| | :: | |

:: :: :: :: :: :: :: :: ::

Plaintiff, Paul Morin, hereby gives notice to the Court and all parties of his appeal to the Sixth Circuit Court of Appeals from the final judgment entered in this case on March 4, 2004 granting defendants' motions for summary judgment and dismissing Plaintiff's action.

Respectfully submitted,

_/s/_____
Robert B. Newman (0023484)
NEWMAN & MEEKS CO., L.P.A.
617 Vine Street, Suite 1401
Cincinnati, Ohio 45202
Phone: (513) 639-7000

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon the following via ordinary U.S. Mail, postage pre-paid, this ___ day of March, 2004:

David T. Stevenson, Esq.
Assistant Prosecuting Attorneys
230 E. Ninth Street, Suite 4000
Cincinnati, Ohio 45202
Counsel for Hamilton County and
Defendant Ison in his Official Capacity

Lawrence E. Barbiere, Esq.
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249
Counsel for Defendant Ison

H. Lawson Walker, II, Esq.
201 E. 5th Street, Suite 2200
Cincinnati, Ohio 45202
Counsel for Defendant Gregory

_____
Robert B. Newman (0023484)

2

Document16