```
Fri Mar 19 10:02:46 2004

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.   100 422301
Cashier       kjl

Check Number:  1726

DO Code    Div No
4661         1

Sub Acct Type Tender      Amount
1:086900  N      2        105.00
2:510000  N      2        150.00

Total Amount        $     255.00

NEWMAN & MEEKS CO LPA

NOTICE OF APPEAL C-1-02-143



    Fri Mar 19 10:02:46 2004

Check No.  1726
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```