# TRANSMISSION FORM

| District Court: | S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:02cv0143 | Court of Appeals Case No: 04-3368 |
| SHORT CAPTION | PAUL MORIN | Case Manager: |
| Plaintiff/Petitioner | vs. SHAWN GREGORY, et al., | Date Filed: **FILED MAR 2 3 2004 LEONARD GREEN, Clerk** |
| Defendant/Respondent | *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: | HERMAN J WEBER | Anything That Needs Special Attention |
| Court Reporter(s): | JULIE WOLFER | NOTICE OF APPEAL(DOC.50) appealing ORDER(DOC.48) and JUDGMENT(DOC.49) entered on 3/4/2004. |
| From Deputy Clerk: | ARTHUR HILL | 04 MAR 23 AM 11:22 |
| Date: | 3/19/2004 | FILED JAMES BONINI CLERK |
| $255.00 Appeal Filing Fee Paid? YES | | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)** Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **JAMES BONINI** _____
United States District Court